UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICK KIM LETULLE, | § | |
| | § | |
| V. | § | CASE NO. 1:14-CV-72 |
| | § | |
| ABCLEAN INC., n/k/a USES, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the parties' joint motion to approve settlement. Judge Giblin recommended that the Court grant the motion and adopt his finding that the proposed settlement in this matter is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act (FLSA). Judge Giblin further recommended that this enter an order of dismissal and final judgment disposing of all claims with prejudice and with each party to bear its own costs.

The parties have not objected to the magistrate judge's recommendation. Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the Court **ORDERS** that the Report and Recommendation (Doc. No. 16) and the specific findings therein are **ADOPTED**. It is further **ORDERED** that Joint Motion to Approve Settlement (Doc. No. 15) is **GRANTED**. The Court will issue an order of dismissal and final judgment separately.

So **ORDERED** and **SIGNED** this **31** day of **August, 2015.**

_____
Ron Clark, United States District Judge